FILED
2018 Nov-01  PM 12:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IRON WORKERS LOCAL UNION NO. 92 MONEY PURCHASE PENSION PLAN; IRON WORKERS LOCAL NO. 92 HEALTH AND WELFARE FUND, IRON WORKERS LOCAL UNION NO. 92 JOINT APPRENTICE COMMITTEE<br>　　　　Plaintiffs,<br><br>v.<br><br>AMERICAN ASSET GROUP, LLC and VINCENT STEVENSON,<br>　　　　Defendants. | Case No.: |

## COMPLAINT

1. This Court has jurisdiction of this action under Sections 502 and 515 of the Employee Retirement Income Security Act, 29 U.S.C. §§ 1132 and 1145, and under Section 301 of the Labor-Management Relations Act, 29 U.S.C. § 185(a).  This is an action to enforce an employer's contractual obligation to make contributions to multi-employer employee benefit plans under the terms of the Plans and under the terms of a collectively bargained labor contract.

2. Plaintiffs, Iron Workers Local No. 92 Money Purchase Pension Plan, Iron Workers Local No. 92 Health and Welfare Fund, and Iron Workers Local No. 92 Joint Apprenticeship Committee Fund (hereinafter "Funds" or "Plans") are multi-employer employee benefit plans as that term is defined in the Employee

Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. Sections 1002(3) and (37) (as amended). The Plans are established and maintained according to the provisions of an Agreement and Declaration of Trust. Contributions to the Plans are provided for in a collective bargaining agreement between the Iron Workers Local 92 and participating employers. Each Plan is administered by a Board of Trustees composes of labor and management representatives.

3. Upon information and belief, the Plaintiffs allege that Defendant American Asset Group, LLC is a limited-liability corporation formed under the laws of a state of the United States. Following a diligent search, Plaintiffs have been unable to locate the state in which the Defendant is organized.

4. The Defendant, American Asset Group, LLC, is a participating employer, a party to the Collective Bargaining Agreement, or is otherwise obligated to make contributions to the Plans pursuant to a written agreement.

5. The Plaintiffs allege, upon information and belief, that Defendant Vincent Stevenson is a stockholder in, an officer of, or director of American Asset Group, LLC. Plaintiffs further allege, upon information and belief, that Stevenson caused the incorporation of American Asset Group, LLC, that Stevenson directs and controls the business of American Asset Group; LLC, that Stevenson provides all capital to American Asset Group; LLC, that Stevenson pays the salaries and expenses of American Asset Group; LLC, that American Asset Group, LLC

operates without adequate capital; that American Asset Group, LLC receives no business except that given to it by Stevenson; and that Stevenson uses the property of American Asset Group, LLC as his own.

6. At all times relevant herein, Defendants have been bound to the Collective Bargaining Agreement with Iron Workers Local 92 which sets forth the terms and conditions of employment of bargaining unit members, including contributions to Plaintiff Funds.

7. Pursuant to the provisions of the respective Plans and Collective Bargaining Agreements, the Defendants agreed to pay to Plaintiff Plans certain sums of money for each hour worked by employees covered by the collective bargaining agreement.

8. Defendants employed employees covered by the Collective Bargaining Agreement during the months of March and April 2018.

9. Defendants agreed to be bound by the Agreement and Declaration of Trust establishing the Plaintiff Funds and agreed to make contributions on behalf of covered employees in conformity with the Agreement and Declaration of Trust establishing the Plaintiff Funds.

10. Defendants have failed to make contributions to the Funds for March and April 2018.

11. Defendants have failed to pay interest and liquidated damages for the

months of March and April 2018.

12. The Agreements and Declarations of Trust establishing the Plaintiff Plans provide that an employer who fails to pay the amounts required by the Collective Bargaining Agreement on time shall be obligated to pay interest after the date of delinquency to the date of payment as well as all necessary costs of collection incurred by the Fund including, but not limited to, reasonable attorneys' fees, interest, audit fees, liquidated damages and court costs. Defendant is bound to the Agreements and Declarations of Trust.

13. Plaintiffs allege that American Asset Group, LLC is the alter ego of Stevenson and that Stevenson is therefore personally liable for the actions of American Asset Group.

14. Alternatively, Plaintiffs allege that American Asset Group, LLC, is not, in fact, a corporation and that therefore Stevenson is personally responsible for the contractual liabilities of American Asset Group, LLC.

WHEREFORE, the Plaintiffs' Trustees pray judgment as follows:

A. That the Court enter judgment in favor of Plaintiffs and against Defendants for all contributions due and payable to the Funds and for liquidated damages for March and April 2018. In addition, Plaintiffs pray for interest from the due date of payment, costs, liquidated damages, and attorneys' fees pursuant to 29 U.S.C. § 1132(g), the

Collective Bargaining Agreement, and the Trust documents. The following amounts are due:

| PLAINTIFF | CONTRIBUTIONS DUE | INTEREST THROUGH 8/31/18 | LIQUIDATED DAMAGES |
|---|---|---|---|
| IW92 H&W | $3,786.00 | $171.78 | $757.20 |
| IW92 Pension Fund | $3,590.39 | $158.30 | $717.08 |
| IW92 JAC | $ 416.46 | $ 18.30 | $ 83.40 |
| Subtotal: | $7792.85 | $ 336.51 | $1558.57 |

**Total: $9687.93**

B. For an order enjoining future breaches of the collective bargaining or trust agreements and requiring Defendants to submit all financial reports and contributions in a timely manner as set out in the Agreements and Declarations of Trust.

C. For such further relief as the Court may deem appropriate.

Respectfully submitted,

*/s/Glen M. Connor*
Glen M. Connor (ASB-0562-R64G)
Attorney for Plaintiffs
Quinn, Connor, Weaver,
Davies and Rouco LLP
Two North 20th Street, Suite 930
Birmingham AL 35203
(205) 870-9989
(205)803-4143(fax)
gconnor@qcwdr.com

**Please serve via Certified Mail:**
American Asset Group, LLC
c/o Vincent Stevenson
8662 Hampton Bay Place
Mason, Ohio 45040

Vincent Stevenson
8662 Hampton Bay Place
Mason, Ohio 45040